```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

PETER J. MAHONEY,                 :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :     CASE NO.  3:11cv1860(AWT)
                                  :
SL FINANCIAL SERVICES             :
CORPORATION, SUEDLEASING          :
GMBH, and LANDESBANK              :
BADEN-WURTTEMBERG,                :
                                  :
     Defendants.                  :
```

<u>AMENDED SCHEDULING ORDER</u>

It is hereby ORDERED that:

1. A hearing on the petitioner's motion for prejudgment remedy (doc. #14) shall be held on Thursday, June 14, 2012 at 10:00 a.m. until 2:00 p.m. and continue, if necessary, Friday, June 15, 2012 at 10 a.m.

2. Prior to June 1, 2012, counsel for the parties shall confer in an attempt to arrive at stipulations of fact and to agree on exhibits that may be introduced without objection at the hearing.

3. By May June 1, 2012, each party shall file a memorandum of law. In addition to setting forth its version of the facts and the legal argument in support of its position, each party shall include in its memorandum a list of witnesses who will testify at the hearing and a brief description of each witness's testimony.

For any expert witness, each party shall set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely.  If a

party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection and its grounds shall be set forth in the witness list so that the objection can be addressed prior to the hearing.

    4.    Also by June 1, 2012, the parties shall file the stipulation of all facts not in dispute.

    5.    Also by June 1, 2012, each party shall file a list of exhibits that will be introduced at the hearing.  A brief description of the exhibit shall be included.  The list shall indicate whether the parties agree that the exhibit may be admitted as evidence.  If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection. Except for rebuttal and impeachment, exhibits not listed will not be admissible without good cause shown.

    Two courtesy copies of the exhibit list shall be provided to the court and one copy shall be delivered to the courtroom deputy clerk.  Prior to the hearing, each party shall mark its exhibits with exhibit stickers (which are available upon request from the courtroom deputy clerk).  All exhibits shall be marked numerically and say "Plaintiff" or "Defendant."  If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1).  If the same exhibit is offered by more than one party, the parties shall mark only one of the exhibit by placing their respective exhibit

stickers on the one exhibit (e.g., two exhibit stickers on one document: Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5). Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the hearing.  The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number.  Counsel shall retain the original set of exhibits until the beginning of the hearing.

    SO ORDERED at Hartford, Connecticut this 25th day of April, 2012.

                                        _____/s/_____
                                        Donna F. Martinez
                                        United States Magistrate Judge